AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hudson, Henry E. | 2. Court or Organization<br><br>USDC, Eastern District of VA | 3. Date of Report<br><br>05/03/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>701 East Broad Street<br>Suite 6312<br>Richmond, Virginia 23219-1833 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Virginia Retirement System, Judicial pension (retirement effective September 1, 2002; payment commenced January, 2003) |
| 2. | |
| 3. | |

RECEIVED 200 MAY 10 A 10: 58 FINANCIAL DISCLOSURE OFFICE

Hudson, Henry E.

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | Adjunct Professor, University of Richmond School of Law | $2,500.00 |
| 2. 2009 | Loft Press, book royalties | $2,200.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/03/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navy Federal Credit Union | VISA and Mastercard (credit cards) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Accounts) | A | Interest | J | T | | | | | |
| 2. Branch Bank & Trust (BB&T) (Accounts) | A | Interest | K | T | | | | | |
| 3. Cardinal Bank (Stock) | A | Dividend | K | T | | | | | |
| 4. Navy Federal Credit Union (Accounts) | B | Interest | L | T | | | | | |
| 5. Campaign Solutions, Inc. | D | Dividend | K | W | | | | | |
| 6. Franklin High-Yield Fund | C | Interest | M | T | | | | | |
| 7. Dominion Resources, Inc. | C | Dividend | L | T | Sold (part) | 4/1/09 | J | C | |
| 8. American Fund - Capital World Growth and Income Fund | A | Interest | K | T | | | | | |
| 9. American Legacy II - Lincoln National Life | C | Dividend | M | T | | | | | |
| 10. Virginia Retirement System | D | Dividend | K | T | | | | | |
| 11. Blackrock Funds - Large Cap | A | Dividend | J | T | Buy | 8/27/09 | J | | |
| 12. Blackrock Funds - Int'l Opportunities | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 13. Blackrock Funds - Int'l Opportunties | A | Dividend | J | T | Sold (part) | 9/16/09 | J | | |
| 14. Blair Williams Int'l Growth Fund | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 15. Blair Williams Int'l Growth Fund | A | Dividend | J | | Sold (part) | 9/16/09 | J | | |
| 16. Diamond Hills Funds - Small Cap Fund | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 17. Franklin Federal Intermediate Term Tax Free Income Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Virginia Tax Free Income Fund | C | Dividend | L | T | | | | | |
| 19. Goldman Sachs Tr. Fin. Square MMKT | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 20. Hotchkis & Wiley Core Value Fund | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 21. Kinetics Small Cap Opp. Fund - Institutional Class | A | Dividend | | | Sold | 8/25/09 | J | A | |
| 22. Nuveen Tradewinds Int'l | A | Dividend | J | T | Sold (part) | 6/25/09 | J | | |
| 23. Nuveen Int'l Value Fund | A | Dividend | J | T | Sold (part) | 6/25/09 | J | | |
| 24. Pimco-Commodity Fund | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 25. Wells Fargo Advantage Endeavor Select Fund | A | Dividend | J | T | Sold (part) | 11/16/09 | J | | |
| 26. Wells Fargo Advantage Endeavor Select Fund | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 27. Wells Fargo Advantage Small Cap | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 28. RS Investment Tr. Global - Natural Res. Fund | A | Dividend | | | Sold | 8/27/09 | J | A | |
| 29. John Hancock Classic Value Fund | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 30. John Hancock Classic Value Fund | A | Dividend | J | T | Sold (part) | 11/16/09 | J | | |
| 31. Artio Int'l Equity Fund | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 32. Artio Int'l Equity Fund | A | Dividend | J | T | Sold (part) | 6/25/09 | J | | |
| 33. Legg Mason Value Trust | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 34. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 11/16/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple, Inc. | A | Dividend | J | T | | | | | |
| 36. Genworth Financial | A | Dividend | J | T | | | | | |
| 37. Aberdeen Funds Small Cap | A | Dividend | | | Sold | 6/25/09 | J | A | |
| 38. Hartford Int'l Growth Fund | A | Dividend | J | T | Sold (part) | 8/27/09 | J | | |
| 39. Managers Time SSQ | A | Dividend | J | T | Sold (part) | 9/16/09 | J | | |
| 40. American Century Fund - Vista Fund | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 41. American Century Fund - Vista Fund | A | Dividend | J | T | Sold (part) | 9/16/09 | J | | |
| 42. Cambiar Opportunity Fund | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 43. Cambiar Opportunity Fund | A | Dividend | J | T | Sold (part) | 12/1/09 | J | | |
| 44. Harbor Small Co Growth Fund Inv. | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 45. Harbor Small Co Growth Fund Inv. | A | Dividend | J | T | Sold (part) | 12/1/09 | J | | |
| 46. Security Equity Fund Mid Cap Value | A | Dividend | J | T | Buy | 1/23/09 | J | | |
| 47. Security Equity Fund Mid Cap Value | A | Dividend | J | T | Sold (part) | 6/25/09 | J | | |
| 48. Satiut Capital Micro Cap Fund | A | Dividend | | | Sold | 8/27/09 | J | A | |
| 49. TIAA-CREF Institutional Int'l Equity Fund | A | Dividend | | | Sold | 8/27/09 | J | A | |
| 50. Touchstone Large Cap Growth Fund | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 51. Touchstone Large Cap Growth Fund | A | Dividend | J | T | Sold (part) | 11/16/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ford Motor Co. | A | Dividend | J | T | Buy | 12/21/09 | J | | |
| 53. AIM Global Real Estate | A | Dividend | J | T | Buy | 8/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/03/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/03/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544